**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



SECOND ORDER TO PROVIDE APPELLATE RECORD TO APPELLANT

Appellate case name:     Artis Charles Harrell v. Catherine Verlander Evans et al.

Appellate case number:   01-21-00666-CV

Trial court case number:  2021-31180

Trial court:             189th District Court of Harris County

On January 27, 2022, this Court ordered the trial court clerk to provide a complete copy of the clerk's record and the reporter's record to appellant without charge.  *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.5, 34.6.  On February 28, 2022, appellant filed a motion to compel, asserting that he has not yet received the clerk's record and the reporter's record.  Accordingly, we **order** the trial court clerk to provide a complete copy of the clerk's record to appellant without charge. We further **order** the official or deputy reporter, Amanda King, to provide a complete copy of the reporter's record to appellant without charge.  The trial court clerk and the official or deputy court reporter, Amanda King, shall further certify to this Court, **within 15 days** of the date of this order, the date upon which delivery of the clerk's record and reporter's records to appellant is made.  *See* TEX. R. APP. P. 35.3.

Judge's signature: _____/s/ Sherry Radack_____
                   ☒  Acting individually     ☐ Acting for the Court

Date:    March 15, 2022